1  JAMES H. FRENCH, State Bar No. 053555
   PATRICIA H. LYON, State Bar No. 126761
2  MICHAEL C. STARKEY, State Bar No. 253720
   FRENCH LYON TANG
3  A Professional Corporation
   1990 N. California Blvd., Suite 300
4  Walnut Creek, CA 94596
   Telephone:  (415) 597-7800
5  Facsimile:   (415) 243-8200

6  Attorneys for Plaintiff,
   BANK OF AMERICA, N.A.
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A, <br><br> Plaintiff, <br><br> v. <br><br> HOUSE OF COMMONS, LLC, a California limited liability company; CDC SMALL BUSINESS FINANCE; UNITED STATES SMALL BUSINESS ADMINISTRATION; and DOES 1-20 inclusive, <br><br> Defendants. | Case No.  2:17-cv-00654-MCE-DB <br><br> **ORDER APPROVING STIPULATION TO REMAND ACTION TO STATE COURT** |

Plaintiff BANK OF AMERICA, N.A. ("BANA"), by and through its attorneys of record, Michael C. Starkey, of the law firm of French Lyon Tang; and Defendant U.S. SMALL BUSINESS ADMINISTRATION ("SBA"), by and through its counsel, Assistant United States Attorney, Bobbie J. Montoya (all of the foregoing being collectively referred to as the "Stipulating Parties"), have entered into a Stipulation to Remand Action to State Court ("Stipulation.")

## **ORDER**

The Court has reviewed the terms of the parties' Stipulation. Pursuant to the terms of that Stipulation, the Court hereby orders that the action be remanded to the Superior Court of California, County of Sacramento.

IT IS SO ORDERED.

Dated: April 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE